NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JORDACHE L. STEPTER, | ) | No. C 07-4320 JF (PR) |
| | ) | |
| Plaintiff, | ) | ORDER OF TRANSFER |
| | ) | |
| vs. | ) | |
| | ) | |
| SERGEANT CHILDS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, a state prisoner proceeding pro se, filed the instant civil action concerning the conditions of his confinement at the Sierra Conservation Center in Jamestown, California. Because the acts complained of occurred in Tuolumne County and Defendants are located in Tuolumne County, which lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a). The Clerk shall transfer the entire file to the Eastern District of California.

IT IS SO ORDERED.

DATED: 8/28/07

_____
JEREMY FOGEL
United States District Judge

Order of Transfer
P:\pro-se\sj.jf\cr.07\Stepter320trans         1

1  A copy of this ruling was mailed to the following:

2

3  Jordache L. Stepter
   F-57784
4  Sierra Conservation Center
   5150 O'Byrnes Ferry Rd.
5  Jamestown, CA  95327-0500

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28